IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and the class members | ) | |
| defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 8078 |
| | ) | |
| v. | ) | Judge Darrah |
| | ) | Magistrate Judge Rowland |
| TYNET BILLING SOLUTIONS, INC. | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Able Home Health, LLC and Defendant Tynet Billing Solutions, Inc. by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Tynet Billing Solutions, Inc. without prejudice and without costs and with the Court retaining jurisdiction for purposes of enforcing the settlement agreement until November 13, 2015. Plaintiff Able Home Health, LLC's class claims against Defendant Tynet Billing Solutions, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Joseph D. Ackerman (w/ permission) |
| Daniel A. Edelman | Peter C. Morse |
| Heather Kolbus | Joseph D. Ackerman |
| EDELMAN, COMBS, LATTURNER | MORSE, BOLDUC & DINOS, LLC |
| & GOODWIN, LLC | 25 E. Washington Street, Suite 750 |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60602 |

1

Chicago, IL 60603  (312) 251-2577
(312) 739-4200  (312) 251-0209 (FAX)
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus , certify that on February 5, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Peter C. Morse (pmorse@morseandbolduc.com)
    Joseph D. Ackerman (jackerman@morseandbolduc.com)
    MORSE BOLDUC & DINOS, LLC
    25 E. Washington Street, Suite 750
    Chicago, IL 60602


                                                 s/ Heather Kolbus
                                                 Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)