IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 8078 |
| v. | ) ) ) | Judge Darrah Magistrate Judge Rowland |
| TYNET BILLING SOLUTIONS, INC. and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Able Home Health, LLC and Defendant Tynet Billing Solutions, Inc. by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Tynet Billing Solutions, Inc. with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Peter C. Morse (w/ permission) |
| Daniel A. Edelman | Peter C. Morse |
| Heather Kolbus | Joseph D. Ackerman |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | MORSE, BOLDUC & DINOS, LLC |
| 20 S. Clark Street, Suite 1500 | 25 E. Washington Street, Suite 750 |
| Chicago, IL 60603 | Chicago, IL 60602 |
| (312) 739-4200 | (312) 251-2577 |
| (312) 419-0379 (FAX) | (312) 251-0209 (FAX) |

1

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus , certify that on October 20, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Peter C. Morse (pmorse@morseandbolduc.com)
    Joseph D. Ackerman (jackerman@morseandbolduc.com)
    MORSE BOLDUC & DINOS, LLC
    25 E. Washington Street, Suite 750
    Chicago, IL 60602


                                            s/ Heather Kolbus
                                            Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)